IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| T. J. WILLIAMS, § | |
|     Plaintiff, § | |
| V. § | CIVIL ACTION NO.  C-07-44 |
| § | |
| EILEEN KENNEDY, § | |
|     Defendant. § | |

## ORDER OF RE-ASSIGNMENT

All parties have not consented to the jurisdiction of a United States Magistrate Judge. This case is re-assigned to Chief Judge Hayden Head for all proceedings, including trial and entry of final judgment.  In accordance with Chief Judge Head's standing order in prisoner cases, undersigned will continue to manage the case and handle all pretrial matters consistent with 28 U.S.C. § 636.

ORDERED this 16th day of January, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE